**Opinion filed February 26, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00048-CV

_____

## JOSS-I, L.P., Appellant

## V.

## RIDDEL LAND & CATTLE CO. ET AL, Appellees

**On Appeal from the 39th District Court**

**Stonewall County, Texas**

**Trial Court Cause No. 4477**

### M E M O R A N D U M   O P I N I O N

JOSS-I, L.P. has filed in this court a motion to dismiss its appeal. JOSS-I contends that its appeal is moot because the trial court has granted its motion for new trial. The motion is granted, and the appeal is dismissed.

PER CURIAM

February 26, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.